PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
# MIDDLE DISTRICT OF PENNSYLVANIA

## Report on Offender Under Supervision

**Name of Offender:** James P. Green                    **Case Number:** 1:CR-00-249-01

**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, Chief U.S. District Judge

**Date of Original Sentence:** October 17, 2001

**Original Offense:** Distribution and Possess with Intent to Distribute Methadone, 21 USC § 841(a)(1)

**Original Sentence:** 48 months imprisonment, followed by 3 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 7, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition #7 | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." |
| General Condition | "The defendant shall refrain from any unlawful use of controlled substances." |
|  | On June 10, 2008, Mr. Green provided a urine specimen which tested positive for cocaine and morphine. Mr. Green initially denied the use of cocaine or illicit substances, however, upon questioning Mr. Green admitted that he used cocaine and prescription medications. Mr. Green is currently involved in substance abuse treatment and is taking methadone for treatment of opiate addiction as prescribed by his physician. |

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

The probation officer has verbally reprimanded Mr. Green for his use of illicit substances and he was directed to continue substance abuse treatment. Mr. Green has thus far complied with treatment directives at White Deer Run. He has also been informed that any additional positive urine specimens or failure to report for urine testing will result in the initiation of revocation proceedings.

At this time, it is recommended that Mr. Green be allowed to continue under supervision. Unless otherwise directed by the Court, the probation office will closely monitor Mr. Green and will continue to test him for drug use. His submission of any additional positive urine specimens or failure to report for urine testing will be brought to Your Honor's attention.

Respectfully submitted,

Mark A. Buckwalter
U.S. Probation Officer
Date: July 3, 2008

[✓] Recommendation Approved

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/ Yvette Kane
Signature of Judicial Officer

July 11, 2008
Date